396 A.2d 11

Bishop v. Bishop, Appellant.

Submitted November 14, 1977. Dane Critchfield, for appellant; Ira Weiss, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.